BK1001063
AJT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

IN RE: | Case No. 08-53443

LaLonnie M. Terry | Chapter 13
| Chief Judge Shea-Stonum
Debtor |
| **AFFIDAVIT OF DEFAULT**
| **(PROPERTY ADDRESS:**
| **874 SOUTH JENKINS**
| **BOULEVARD, AKRON, OH**
| **44306)**

Now comes, Olivia Todd, being first duly sworn, deposes and says that she/he is President of U.S. Bank, N.A. fka Firstar Bank, N.A.; that in such job position she/he has custody and personal knowledge of the information in the accounts of said servicer, which information is compiled in the ordinary course of business, and that affiant is familiar specifically with the account of LaLonnie M. Terry, debtor herein, regarding property located at 874 South Jenkins Boulevard, Akron, OH 44306.

Further affiant states that said account is in default for a total post-petition arrearage of $1,561.04, which consists of:

Post Petition Payments:

| Amount | Date Due |
|---|---|
| 772.06 | June 1, 2010 |
| 772.06 | July 1, 2010 |

Post Petition Late Charges:

| Amount | Date Due |
|---|---|
| 30.88 | June 16, 2010 |
| 30.88 | July 16, 2010 |

1

less debtor's suspense balance of $44.84, have not been made; that the debtor has failed to comply with the Agreed Order on Motion for Relief from Stay entered herein on May 6, 2009; and that U.S. Bank, N.A. fka Firstar Bank, N.A. has elected to terminate the automatic stay and call the entire balance of said account due and payable in accordance with the terms of the note and mortgage, and the said Agreed Order.

Affiant states that on August 4, 2010 a letter was sent to debtor and the debtor's counsel notifying them that the debtor has failed to comply with the terms of the Agreed Order. Debtor did not cure the default within the allotted 10 day period. A copy of said letter is attached hereto as Exhibit "A".

Affiant knows of her/his own knowledge that the averments set forth herein are true and correct.

*[signature]*

Title: President

STATE OF ARIZONA  )
                  )ss:
COUNTY OF MARICOPA )

Subscribed and sworn to (or affirmed) before me, a Notary Public, this 6th day of October 2010, by Olivia Todd or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

*[signature]*
Notary Public

Pamela Cardy
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
JUNE 8, 2011

2

08-53443-mss   Doc 95   FILED 10/18/10   ENTERED 10/18/10 15:40:33   Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Affidavit of Default of the secured creditor, U.S. Bank, N.A. fka Firstar Bank, N.A., was electronically transmitted on or about October 18, 2010 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Gregory J. Freeman, Esq.
3959 W. Bath Rd.
Akron, OH 44333
click2sue@roadrunner.com

Keith Rucinski
One Cascade Plaza
Suite 2020
Akron, OH 44308-1318
efilings@ch13akron.com

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov

The undersigned certifies that a copy of the foregoing Affidavit of Default of the secured creditor, U.S. Bank, N.A. fka Firstar Bank, N.A., was transmitted on or about October 18, 2010 via regular U.S. mail, postage pre-paid:

LaLonnie M. Terry
874 S Jenkins Blvd
Akron, OH 44306

/s/ Steven H. Patterson
Steven H. Patterson
OH Sup. Ct. Reg. No. 0073452
(513) 241-3100 ext. 3373
    LERNER, SAMPSON & ROTHFUSS
    Romi T. Fox, Attorney
    Bar Registration No. 0037174
    Attorneys for Movant
    PO Box 5480
    Cincinnati, OH 45201-5480
    (513) 354-6464 fax
    nohbk@lsrlaw.com